# UNITED STATES DISTRICT COURT
## District of Minnesota

Joaquin Quizhpi Loja,

Petitioner(s),

v.

Pamela Bondi, Kristi Noem, Department of Homeland Security, Todd M. Lyons, Immigration and Customs Enforcement and David Easterwood,

Respondent(s).

## JUDGMENT IN A CIVIL CASE

Case Number: 26-cv-233 LMP/DTS

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Joaquin Q. L.'s Verified Petition for Writ of Habeas Corpus (ECF No. 1) is GRANTED;
2. The Government is ORDERED immediately to return Joaquin Q. L. to Minnesota;
3. After returning Joaquin Q. L. to Minnesota, the Government is ORDERED immediately to release Joaquin Q. L. from custody; and
4. No later than January 26, 2026, the Government is ORDERED to file a status report certifying its compliance with this Order.

Date: 1/21/2026

KATE M. FOGARTY, CLERK